**FILED IN**
**1ST COURT OF APPEALS**
**HOUSTON, TEXAS**

APR - 7 2015

CHRISTOPHER A. PRINE

CLERK

3-31-15

Mr. Prince;

    I have yet to be notified if I have an appeal attorney or not ~~yet~~. A brief is suppose to be filed before April 17th 2015. I put on a motion for assistance of counsel last October, which I had a video cofference with the Judge and my ex appointed attorney Mr. Roll, which Mr. Roll said he wished to withdraw from my case, and the judge stated that he would reccomend me another appointed attorney for my appeal, seeing that my case was ~~looking~~ taken off the docket after that and now being put back on the docket, By law I know I'm suppose to be eligable for an appointed appeal attorney but have yet to hear anything about an appeal attorney, or even from an appeal attorney so if you could help me with this matter I would be thankful! I'm indegent, and a medical patient which I do not understand how to do this, I have documents stating that there is no need for another video ~~conference~~ conference my fanancial situation has not changed.

Please get in touch with me so I know what's going on and what matters to take. I need to hear back from someone as soon as possible.

          Thank You!

STATE OF TEXAS

VS

Corbik Reece

APPELLANT

IN THE 174th Judicial District Court

Harris County Texas

Case No 01-14-00 484-CR

01-14-00 485-CR

1338725 Trial Court No 1338724

<u>Written Notice of Appeal / Request for Attorney</u>

<u>Pending Appeal</u>

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 7 2015

CHRISTOPHER A. PRINE
CLERK

To The Honorable Judge of Said Court:

Comes Now Corbik Reece the Appellant in The Above Styled And Numbered Case Respectfully Files this Notice of Appeal Pursuant To Chapter 44 of The Texas Code of Criminal Procedure And Pursuant To Tex R. App Procedure 25.2 (A) (2) And (d) And 34.5 (C) (2) Tex R. App Procedure And Is Support Of This Notice Of Appeal the Appellant would show As Follows

In This Case Now before The Court The Court Failed To Execute An Amended Certification of Appellants Right To Appeal.

It Is The Appellants Contention where No Certification was entered by the Trial Court then The defendant Automaticly has The Right To Appeal Irrezardless to All other considerations.

The Appellant Expresses his desire To Appeal. Pursant To Chapter 44 of The Texas Code of Criminal Procedures.

<u>Request For Appointment of Counsel</u>

The Appellant shows that he is Indigent, As he is An Inmate within The Texas Department of Corrections, And That he is Unemployed And that he has No Such Funds to hire An Attorney.

(1)

## ARGUMENT AND AUTHORITY

IN EXPARTE GOOD ALL 632 SW2c 750 (Texcrim App 1982) OUT OF-TIME APPEAL granted where THE APPELLATE Attorney was In-EFFECTIVE FOR FAilure to TiMely File A brief.

IN EVITTS v LICEY 469 US 387, 105 Sct 830 (1985) The Defendant is entitled to effective Assistance of Counsel on Appeal when The State PROVIDES A FiRST APPeal As A Matter of Right

IN WARCY State 740 sw2c (Texcrim App 1987) UNLESS PERMitted to Withdraw, the TRIAL Attorney has The duty to FUlly Advise client on APPEal Matters.

WHEREFORE PREMISES Considered The defendant prays that This HONORABLE COURT WOULD GRANT the defendant the Right To Appeal And to APPOINT the Appellant As Attorney PENding Appeal

Respectfully Submitted

_Corbik Reece_

APPELLANT

## CERTIFICATE OF SERVICE

I Corbik Reece DoHeeRBY State under oath that the Above And Attached MOTION was mailed on the 31 day of March 2015 To The HARRIS County District Clerks office, Located At Harris County IN HOUSTON Texas, ZIP 77002-2466

Respectfully Submitted

_Corbik Reece_

DEFENDANT

Corbik Reece 1428357 F206
Hutchins Unit
1500 E. Langdon Road
Dallas, Texas 75241

NORTH TEXAS TX PDSC
DALLAS TX 750
03 APR 2015 PM 11 L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 7 2015

CHRISTOPHER A. PRINE
CLERK

7700220 6699

Christopher A. Prince, Clerk of The Court
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

FOREVER USA